UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 22-2340
_____

LARRY TRENT ROBERTS

v.

DAVID LAU, Detective; JOHN C. BAER, Assistant District Attorney;
CITY OF HARRISBURG

John C. Baer,
  Appellant

_____

(D.C. Civil No. 1:21-cv-01140)

_____

**SUR PETITION FOR REHEARING**
_____

Present: CHAGARES, Chief Judge, JORDAN, HARDIMAN, SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, PHIPPS, FREEMAN, MONTGOMERY-REEVES, CHUNG, and ROTH* Circuit Judges

The petition for rehearing filed by Appellant in the above-entitled case having been submitted to the judges who participated in the decision of this Court and to all the other available circuit judges of the circuit in regular active service, and no judge who concurred in the decision having asked for rehearing, and a majority of the judges of the circuit in regular service not having voted for rehearing, the petition for rehearing by the

---

* Judge Roth's vote is limited to panel rehearing.

panel and the Court en banc, is denied. Judge Shwartz voted to grant the petition for rehearing en banc.

BY THE COURT,
s/ Tamika R. Montgomery-Reeves
Circuit Judge

Dated: February 5, 2024
PDB/cc: All Counsel of Record